UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:06:CR:271

v.

                                              HON. GORDON J. QUIST

GARY DEWAYNE WILLIS,

        Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 22, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Gary Dewayne Willis' pleas of guilty to Counts 1 and 2 of the Indictment are accepted.  Defendant Gary Dewayne Willis is adjudicated guilty.

3. Defendant Gary Dewayne Willis shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  February 8, 2007                                    /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE